**Booker T. HILLERY, Plaintiff— Appellant,**

v.

**Ana M. Ramirez PALMER, Warden; et al., Defendants—Appellees.**

No. 03–16447.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 10, 2003.*

Decided Nov. 20, 2003.

Booker T. Hillery, pro se, Vacaville, CA, for Plaintiff–Appellant.

Before: KOZINSKI, SILVERMAN, and TALLMAN, Circuit Judges.

MEMORANDUM **

Booker T. Hillery, a California state prisoner, appeals pro se the district court's order dismissing his 42 U.S.C. § 1983 action alleging prison officials' response to his grievance regarding his classification status violated his constitutional rights. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the dismissal of an action under 28 U.S.C. § 1915A. *Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir.2000). We affirm.

Hillery's complaint fails to state a claim for retaliation, because it does not allege either infringement of his right to file pris-

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

on grievances or a chilling effect. *See id.* at 449.

The complaint also fails to state a claim for violation of the Eighth Amendment, because it does not allege that prison officials knew of and disregarded a substantial risk of serious harm to Hillery's health and safety. *See Farmer v. Brennan,* 511 U.S. 825, 837, 114 S.Ct. 1970, 128 L.Ed.2d 811 (1994).

Finally, the complaint fails to state a claim for violation of Hillery's due process rights, because it fails to allege how the prison officials' decision not to use a dropped charge in making a classification determination created an atypical and significant hardship giving rise to a liberty interest. *See Sandin v. Conner,* 515 U.S. 472, 484, 115 S.Ct. 2293, 132 L.Ed.2d 418 (1995).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36-3.